Joy C. Rosenquist, Bar No. 214926
jrosenquist@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:    916.830.7200
Facsimile:    916.561.0828

Attorneys for Defendants
BAKERSFIELD REHABILITATION
HOSPITAL, LLC; ERNEST HEALTH, INC.;
ERNEST HEALTH ES, LLC dba CENTRAL
CALIFORNIA REHABILITATION HOSPITAL;
JAKE SOCHA; and LORI AMBROSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES SIMMIEN,<br><br>             Plaintiff,<br><br>      v.<br><br>BAKERSFIELD REHABILITATION HOSPITAL, LLC, a corporation; ERNEST HEALTH, INC., a corporation; ERNEST HEALTH ES, LLC dba CENTRAL CALIFORNIA REHABILITATION HOSPITAL, a corporation; JAKE SOCHA, an individual; LORI AMBROSE, an individual; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 1:25-cv-01701-JLT-CDB<br><br>[~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT<br><br>Trial Date:            Not Yet Set<br>Complaint Filed:     September 22, 2025 |

Considering the parties' stipulation to remand this matter, (Doc. [6]), this case is remanded to the Superior Court of California for the County of Kern.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

_____
UNITED STATES DISTRICT JUDGE

1.                          CASE NO. 1:25-cv-01701-JLT-CDB
[~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
916.830.7200